# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RONALD EUGENE REDMAN, JR.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:23CV00009 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

*Ronald Eugene Redman, Jr., Pro Se Plaintiff.*

Plaintiff Ronald Eugene Redman, Jr., a Virginia inmate proceeding pro se, has filed a pleading against the United States that the court construed and docketed as a civil rights action under 28 U.S.C. § 1331. After review of the Complaint, I conclude that the lawsuit must be summarily dismissed as frivolous.

Liberally construed, Redman's Complaint alleges that "the United States created a Straw Man without [his] Authorization or Consent to obtain moneys [sic] or other Assetts [sic]," using his "Christian Name." Compl. 1, ECF No. 1. The Complaint does not offer any details about the assets to which he refers. He also characterizes the United States as a "corporation" that has allegedly committed atrocities and enslaved him, apparently through taxation and through issuance of a

social security number and a birth certificate. *Id.* It is not clear what relief he seeks.

The court must dismiss any action or claim filed by a prisoner against a governmental entity or officer if the court determines the action or claim is frivolous, malicious, or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915A(b)(1). A "frivolous" claim is one that "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (interpreting "frivolous" in former version of 28 U.S.C. § 1915(d)).

My statutory authority to summarily dismiss frivolous complaints includes "the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless" or which describe "fantastic or delusional scenarios." *Id.* at 327-28. Redman's straw man claims and other contentions in this lawsuit against the United States fall squarely into this class of claims. Accordingly, I will summarily dismiss the action under § 1915A(b)(1) as frivolous.

A separate Final Order will be entered herewith.

                               DATED: May 4, 2023

                               /s/  JAMES P. JONES
                               Senior United States District Judge